JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. BARKS, et al., | Case No. SACV 11-0901 RNB |
| Plaintiffs, | |
| vs. | **JUDGMENT** |
| ONEWEST BANK, etc., et al., | |
| Defendants. | |

In accordance with the Order Dismissing Action for Failure to Prosecute filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed for failure to prosecute.

DATED: November 29, 2011

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE